[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 25, 2009
THOMAS K. KAHN
CLERK

_____

No. 08-16293
Non-Argument Calendar

_____

D. C. Docket No. 07-00526-CR-T-26-EAJ

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOSE MANUEL MEJIA,
a.k.a. El Feo,
a.k.a. Catan,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(June 25, 2009)

Before: TJOFLAT, PRYOR and HILL, Circuit Judges.

PER CURIAM:

Mark A. Goettel, appointed counsel for Jose Mejia, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguably meritorious issues, counsel's motion to withdraw is **GRANTED**, and Mejia's conviction and sentence are **AFFIRMED**. Mejia's motion for appointment of counsel is **DENIED** as moot.